IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00911-RPM-BNB

CHRIS DUNSMOOR,

    Plaintiff,

v.

REGIONAL ADJUSTMENT BUREAU, INC.,

    Defendant.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [10] filed by the parties on July 18, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

    DATED: July 20th, 2011

                           BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge